Rafael Pedro Dutra de Silva
Wyatt Detention Facility
950 High Street
Central Falls, RL 02863

neopost
11/29/2021
US POSTAGE $001.36⁰

ZIP 02863
041L11252843

Honorable Judge William E. Smi
One Exchange terrace
Providence, RL 02903